1   Jeremy Sugerman, Esq., SBN 146315
2   Jeanette E. Haggas, Esq., SBN 244713
    **GORDON-CREED, KELLEY,**
3   **HOLL & SUGERMAN, LLP**
    222 Kearny Street, Suite 650
4   San Francisco, California  94108
    Telephone: (415) 421-3100
5   Facsimile: (415) 421-3150
    Email: sugerman@gkhs.com; haggas@gkhs.com
6   Attorneys for Defendant
7   GEOFFREY BYRUCH

8

9                   **UNITED STATES DISTRICT COURT**

10        **CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE**

11   JOHN LEUFRAY,                    **ED CV 11 - 01700**
                                      ) CASE NO.
12              Plaintiff,            )
                                      ) **NOTICE OF REMOVAL**
13        vs.                         )
                                      )
14   GEOFFREY BYRUCH,                 )
                                      )
15              Defendant.            )
                                      )         FILED BY FAX
16                                    )            CRC 2005
                                      )
17                                    )
                                      )
18   _____      )

19   TO:    Clerk Of The United States District Court For The Central District Of California:

20         PLEASE TAKE NOTICE that defendant Geoffrey Byruch hereby removes to this Court the state

21   court action described below.

22         1.     On September 28, 2011, an action was commenced in the Superior Court of the State of

23   California, County of San Bernardino, entitled *John Leufray, Plaintiff v. Geoffrey Byruch, Defendant,*

24   case number CIVMS 1100662.  A copy of the state court complaint is attached as Exhibit A to this

25   Notice of Removal.

26         2.     The first date on which defendant received a copy of said complaint was October 5, 2011

27   when defendant was served with a copy of the said complaint and summons from the state court.  A

28   copy of the summons is attached hereto as Exhibit "B."

3.     Jurisdiction:  This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(b) in that is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interests and costs because plaintiff claims to have suffered damages in excess of this amount.  Specifically, paragraphs 17 and 25 of plaintiff's complaint each allege damages in an amount "not less than ONE HUNDRED AND FIFTY THOUSAND DOLLARS" (emphasis in original).

4.     There is complete diversity between plaintiff and defendant pursuant to 28 U.S.C. § 1332(a)(2).  Plaintiff James Koenig is a citizen of California; defendant Geoffrey Byruch is a resident of New York.  Defendant is the only defendant that has been served with a summons and complaint in this action.

5.     A Notice to Adverse Party of Removal to Federal Court, and a copy of this Notice of Removal, is being served on plaintiff on October 25, 2011.

6.     A Notice of Filing of Notice of Removal is being filed with the Clerk of the Superior Court of the State of California for the County of San Bernardino on October 25, 2011.

WHEREFORE, Defendant Geoffrey Byruch hereby gives notice that this action is hereby removed to this Court.

Dated: October 24, 2011

Respectfully submitted,

By: _____

Jeremy Sugerman
GORDON-CREED, KELLEY,
HOLL & SUGERMAN, LLP
322 Kearny Street, Suite 650
San Francisco, CA  94108
Telephone: (415) 421-3100
Facsimile: (415) 421-3150
Email: sugerman@gkhs.com
Attorneys for Defendant
GEOFFREY BYRUCH

### PROOF OF SERVICE BY MAIL
[CCP Secs. 1011, 2015.5]


     I declare that I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action; my business address is 222 Kearny Street, Suite 650, San Francisco, California 94108.

     On October 25, 2011, I served the within **NOTICE OF REMOVAL** on the parties in the within action at the address below listed by mailing true copies thereof with the U.S. Postal Service, first class mail, in a sealed envelope with postage affixed thereon, as follows:

John Leufray
7365 Sherman Hoyt Avenue
Twenty-Nine Palms, California  92277

     I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service and that the above-referenced documents were deposited with the United States Postal Service for collection and processing on that date, in the ordinary course of business.

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on October 25, 2011, at San Francisco, California.


Linda J. Halperin



# EXHIBIT A

**JOHN LEUFRAY**
**7365 SHERMAN HOYT AVE,**
**TWENTYNINE PALMS, CA 92277**
**TEL. 305-801-2878**

John LeuFray, an Individual

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN BERNADINO

JOHN LEUFRAY,                    )  Case No.: CIVM 1 1 0 0 6 6 2
                                 )
            Plaintiff,           )  COMPLAINT FOR SLANDER PER SE
                                 )  AND SLANDER PER QUAD
     vs.                         )
                                 )
GEOFFREY BYRUCH,                 )
                                 )
            Defendant            )

COMPLAINT FOR DEFAMATION
AND
DEMAND FOR JURY TRIAL

**COMES NOW**, Plaintiff JOHN LEUFRAY (hereinafter referred to as
"LEUFRAY"), hereby sues the Defendant, GEOFFREY BYRUCH (hereinafter
referred to as "BYRUCH") and as grounds therefore, states as
follows:

GENERAL ALLEGATIONS

1. This is an action for damages and equitable relief as a result
   of defamation by the Defendant, BYRUCH.  Defendant, BYRUCH,
   has made, and continues to make, defamatory statements in a

- 1 -
COMPLAINT FOR SLANDER PER SE,
and SLANDER PER QUAD

malicious, willful, and intentional manner, which are false, inflammatory, and designed to intentionally attack and discredit Plaintiff.

2. Damages in this action exceed $25,000.00.

3. Plaintiff, LEUFRAY, is a resident of San Bernardino County, California, and works in Twentynine Palms, California.

4. Defendant BYRUCH has availed himself to this jurisdiction and venue by: (1) traveling to Twentynine Palms, California, (2) personally meeting with Plaintiff in Twentynine Palms, California, (3) traveling to Plaintiff's place of work in Twentynine Palms, California, and (4) engaging in negotiations with Plaintiff's employer about future business. Further, the proximate cause of damages arising from Defendant's actions occurred in Twentynine Palms, California, and Plaintiff was injured in Twentynine Palms, San Bernardino County, California.

## COUNT I – SLANDER PER SE

5. Plaintiff repeats and realleges each and every material allegation set forth in Paragraphs 1 through 4 above and incorporates the same herein by reference.

6. That pursuant to Civil Code Section 46, *Slander Per Se* is a type of defamatory statement that is spoken, and, because of the nature of the actual comments, damages are presumed to harm the target person's reputation. As such, monetary damages and malice are presumed. Examples of such statements include speech that: 1. Charges any person with crime, or with having been indicted, convicted, or punished for

crime; 2. Imputes in him the present existence of an infectious, contagious, or loathsome disease; 3. **Tends directly to injure him in respect to his office, profession, trade or business, either by imputing to him general disqualification** in those respects which the office or other occupation peculiarly requires, or by imputing something with reference to his office, profession, trade, or business that has a natural tendency to lessen its profits; and, 4. Imputes to him impotence or a want of chastity.

7. On or around August 11, 2011, Defendant BYRUCH visited Plaintiff's workplace in Twentynine Palms, California and spoke with Plaintiff.

8. On or around August 25, 2011, Defendant BYRUCH made numerous statements to Plaintiff's business partners, business associates, and co-venture partners, stating amongst other things, that Plaintiff was a "fraud" and that Plaintiff is operating under false pretense, that Plaintiff is an alcohol and drug addict, and that Plaintiff has no education and background to hold the position to which he is employed.

9. That such statements were made as to Plaintiff's incompetence in his job and profession.

10. Plaintiff was not justified in spreading such false and slanderous statements about Plaintiff, and did not have any factual basis to make such claims.

11. Plaintiff first learned of Defendant BYRUCH's statements on September 5, 2011, when he was noticed by his employer that he was being placed on suspension due to allegations that he was a fraud, an alcohol and drug addict, and did not have the

- 3 -
COMPLAINT FOR SLANDER PER SE,
and SLANDER PER QUAD

requisite education and background to hold the position with employer.

12.     The statements made by Defendant BYRUCH are false, were made with malice and the intent to injure Plaintiff and Plaintiff's reputation.  Plaintiff is not addicted to alcohol or drugs and, in fact, does have an education and background in Industrial Design, which qualifies him to hold the position with employer.

13.     The statements made by Defendant BYRUCH were not made as a matter of opinion, but as a matter of fact, and they were not statements that would be considered privileged.

14.     The statements made by Defendant BYRUCH have caused injury to the Plaintiff in respect to his office, profession, trade or business, by imputing to him general disqualification in those respects which the office or other occupation peculiarly requires.

15.     The false and defamatory statements made by Defendant BYRUCH have caused harm to Plaintiff's reputation and have jeopardized Plaintiff's standing with his employer.

16.     Plaintiff also has reason to believe that the statements made by Defendant BYRUCH were communicated to parties other than Plaintiff's employer.

17.     As a direct and proximate result of Defendant BYRUCH's statements, Plaintiff has incurred damages in the form of loss of present and future employment income, bonuses, ancillary compensation in an amount not less than ONE HUNDRED AND FIFTY

- 4 -
COMPLAINT FOR SLANDER PER SE,
and SLANDER PER QUAD

1   THOUSAND DOLLARS ($150,000.00), loss of reputation, peer
2   review, and other damages.

3   **WHEREFORE,** the Plaintiff respectfully prays of the Court as
4   follows:

5

6       a)   That Plaintiff have and recover against Defendant a sum
7            to be determined by the Court in the form of actual
8            damages;

        b)   That Plaintiff have and recover against Defendant a sum
9            to be determined by the Court in the form of punitive
10           damages;

11      c)   That Plaintiff have and recover against Defendant all
12           reasonable costs and expenses incurred by Plaintiff;

13      d)   That Plaintiff have equitable relief against Defendant
             ordering Defendant to cease and desist any and all
14           further statements regarding Plaintiff;

15      e)   That Plaintiff have such other and further relief as this
16           Court may deem just and proper.

17
18                    **COUNT II – SLANDER PER QUAD**

19
20  18.   Plaintiff repeats and realleges each and every material
          allegation set forth in Paragraphs 1 through 4 above and
21        incorporates the same herein by reference.

22
23  19.   That pursuant to Civil Code Section 46, *Slander Per Quod*
          is a type of defamatory statement, which, by natural
24        consequence, causes actual damages.

25
26  20.   On or around August 10, 2011, Defendant BYRUCH visited
27        Plaintiff's workplace in Twentynine Palms, California and
28        spoke with Plaintiff.

21.    On or around August 25, 2011, Defendant BYRUCH made numerous statements to Plaintiff's business partners, business associates, and co-venture partners, stating amongst other things, that Plaintiff was a "fraud" and that Plaintiff is not who he says he is, that Plaintiff is an alcohol and drug addict, and that Plaintiff has no education and background to hold the position to which he is employed.

22.    Plaintiff first learned of Defendant BYRUCH's statements on September 5, 2011, when he was noticed by his employer that he was being placed on suspension, pending and inquiry, due to allegations that he was a fraud, an alcohol and drug addict, and did not have the requisite education and background to hold the position with employer.

23.    The statements made by Defendant BYRUCH are false, were made with malice and the intent to injure Plaintiff and Plaintiff's reputation.  Plaintiff is not addicted to alcohol or drugs and, in fact, does have an education and background in Industrial Design, which qualifies him to hold the position with employer.

24.    The statements made by Defendant BYRUCH were not made as a matter of opinion, but as a matter of fact, and they were not statements that would be considered privileged.

25.    As a direct and proximate result of Defendant BYRUCH's statements, Plaintiff was placed on suspension from work. Plaintiff has incurred actual damages due to loss of present and future employment income in an amount not less than ONE HUNDRED AND FIFTY THOUSAND DOLLARS ($150,000.00).

COMPLAINT FOR SLANDER PER SE,
and SLANDER PER QUAD

**WHEREFORE**, the Plaintiff respectfully prays of the Court as follows:

a) That Plaintiff have and recover against Defendant a sum to be determined by the Court in the form of actual damages, but not less than $150,000.00 USD;

b) That Plaintiff have and recover against Defendant all reasonable costs and expenses incurred by Plaintiff, including attorney fees as applicable.

c) That Plaintiff have equitable relief against Defendant ordering Defendant to cease and desist any and all further statements regarding Plaintiff;

d) That Plaintiff have such other and further relief as this Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial by jury on all issues so triable as a matter of right.

Respectfully submitted,

JOHN LEUFRAY, Plaintiff
7365 Sherman Hoyt
Twenty-nine Palms, CA 92277

– 7 –
COMPLAINT FOR SLANDER PER SE,
and SLANDER PER QUAD

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| John Leufray<br>2365 Sherman Hoyt Ave.<br>Twentynine Palms, California 92277<br>TELEPHONE NO.: 305-801-2878    FAX NO.:<br>ATTORNEY FOR (Name): | FILED Joshua Tree District<br>... |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Bernardino
STREET ADDRESS: 6527 White Feather Road
MAILING ADDRESS: P.O. Box 6602
CITY AND ZIP CODE: Joshua Tree, California 92252
BRANCH NAME: Joshua Tree District

CASE NAME:
John Leufray vs. Geoffrey Byruch

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| [✓] Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | [ ] Limited<br>(Amount<br>demanded is<br>$25,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | ... 1 1 0 6 ...<br>JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [✓] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition (not specified above) (43)

2. This case [ ] is  [✓] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [✓] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [✓] punitive
4. Number of causes of action (specify):
5. This case [ ] is  [✓] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 9-19-11
John Leufray
_____
(TYPE OR PRINT NAME)                                          (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

John Leufray

Case No.

vs.

CERTIFICATE OF ASSIGNMENT

Geoffrey Byruch

A civil action or proceeding presented for filing must be accompanied by this certificate. If the ground is the residence of a party, name and residence shall be stated.

The undersigned declares that the above-entitled matter is filed for proceedings in the ___San Bernardino___ District of the Superior Court under Rule 404 of this court for the checked reason:

[X] General          [ ] Collection

| | Nature of Action | Ground |
|---|---|---|
| [ ] 1 | Adoption | Petitioner resides within the district. |
| [ ] 2 | Conservator | Petitioner or conservatee resides within the district. |
| [ ] 3 | Contract | Performance in the district is expressly provided for. |
| [ ] 4 | Equity | The cause of action arose within the district. |
| [ ] 5 | Eminent Domain | The property is located within the district. |
| [ ] 6 | Family Law | Plaintiff, defendant, petitioner or respondent resides within the district. |
| [ ] 7 | Guardianship | Petitioner or ward resides within the district or has property within the district. |
| [ ] 8 | Harassment | Plaintiff, defendant, petitioner or respondent resides within the district. |
| [ ] 9 | Mandate | The defendant functions wholly within the district. |
| [ ] 10 | Name Change | The petitioner resides within the district. |
| [ ] 11 | Personal Injury | The injury occurred within the district. |
| [ ] 12 | Personal Property | The property is located within the district. |
| [ ] 13 | Probate | Decedent resided or resides within the district or had property within the district. |
| [ ] 14 | Prohibition | The defendant functions wholly within the district. |
| [ ] 15 | Review | The defendant functions wholly within the district. |
| [ ] 16 | Title to Real Property | The property is located within the district. |
| [ ] 17 | Transferred Action | The lower court is located within the district. |
| [ ] 18 | Unlawful Detainer | The property is located within the district. |
| [ ] 19 | Domestic Violence | The petitioner, defendant, plaintiff or respondent resides within the district. |
| [X] 20 | Other  Defamation | Petitioner resides within the district |
| [ ] 21 | THIS FILING WOULD NORMALLY FALL WITHIN JURISDICTION OF SUPERIOR COURT. | |

The address of the accident, performance, party, detention, place of business, or other factor which qualifies this case for filing in the above-designated district is:

John Leufray, Resident                        7365 Sherman Hoyt Ave.
_____          _____
NAME (INDICATE TITLE OR OTHER QUALIFYING FACTOR)          ADDRESS

Twentynine Palms                California                 92277
_____          _____
CITY                            STATE                     ZIP CODE

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed on

9-19-11                              at  Twentynine Palms                     California
_____                                                            _____

                                         _____
                                         Signature of Attorney/Party

13-16503-363 Rev. 10/94                                              GN-4501

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

JOSHUA TREE
6527 WHITE FEATHER ROAD
JOSHUA TREE,

CASE NO: CIVMS1100662

http://www.sbcounty.gov/courts

IN RE: LEUFRAY -V- BYRUCH

NOTICE OF CASE ASSIGNMENT FOR ALL PURPOSES
NOTICE OF CASE MANAGEMENT CONFERENCE AND ORDER TO SHOW CAUSE
REGARDING SERVICE OF SUMMONS AND COMPLAINT

PLEASE TAKE NOTICE, that the above-entitled case has been set for a
Case Management Conference and an Order to Show Cause why the case
should not be dismissed for failure to serve the summons and
complaint. File your Case Management Statement with the court fifteen
(15) calendar days prior to the hearing. Failure to appear may result
in monetary sanctions and/or dismissal of your case. THIS CASE HAS
BEEN ASSIGNED TO FRANK GAFKOWSKI IN DEPARTMENT M4 FOR ALL PURPOSES.

The Order to Show Cause regarding service of summons is set:
00/00/00 at  0:00 in Department . If proof of
service of summons and complaint has been filed before that date, no
appearance is required at the time of the Order to Show Cause hearing.
The Case Management Conference is set: 03/20/12 at  8:30
in Department M4.

TO THE PARTY SERVED: The setting of these dates DOES NOT increase the
time you have to respond to the complaint. The time for response is
clearly stated on the Summons.

A COPY OF THIS NOTICE MUST BE SERVED ON ALL DEFENDANTS
Stephen H. Nash, Clerk of the Court
Date: 09/28/11                        By: MELISSA STEWART

CERTIFICATE OF SERVICE
I am a Deputy Clerk of the Superior Court for the County of San
Bernardino at the above listed address. I am not a party to this
action and on the date and place shown below, I served a copy of the
above listed notice by:

( ) Enclosed in an envelope mailed to the interested party addressed
above, for collection and mailing this date, following ordinary
business practice.
( ) Enclosed in a sealed envelope, first class postage prepaid in the
U.S. mail at the location shown above, mailed to the interested party
and addressed as shown above, or as shown on the attached listing.
( ) A copy of this notice was given to the filing party at the
counter.
( ) A copy of this notice was placed in the bin located at this office
and identified as the location for the above law firm's collection of
file stamped documents.

DATE OF MAILING: 09/28/11
I declare under penalty of perjury that the foregoing is true and
correct. Executed on 09/28/11 at Joshua Tree, CA  By: MELISSA STEWART



- **ADR can be flexible.** The parties can choose the ADR process that is best for them. For example, in mediation the parties may decide how to resolve their dispute.

- **ADR can be cooperative.** This means that the parties having a dispute may work together with the neutral to resolve the dispute and agree to a remedy that makes sense to them, rather than work against each other.

- **ADR can reduce stress.** There are fewer, if any, court appearances. And because ADR can be speedier, and save money, and because the parties are normally cooperative, ADR is easier on the nerves. The parties don't have a lawsuit hanging over their heads for years.

- **ADR can be more satisfying.** For all the above reasons, many people have reported a high degree of satisfaction with ADR.

Because of these advantages, many parties choose ADR to resolve a dispute, instead of filing a lawsuit. Even when a lawsuit has been filed, the court can refer the dispute to a neutral before the parties' positions harden and the lawsuit becomes costly. ADR has been used to resolve disputes even after a trial, when the result is appealed.

## Disadvantages of ADR

ADR may not be suitable for every dispute.

- If ADR is binding, the parties normally give up most court protections, including a decision by a judge or jury under formal rules of evidence and procedure, and review for legal error by an appellate court.

- There generally is less opportunity to find out about the other side's case with ADR than with litigation. ADR

Mediation is particularly effective when the parties have a continuing relationship like neighbors or business people. Mediation also is very effective where personal feelings are getting in the way of a resolution. This is because mediation normally gives the parties a chance to let out their feelings and find out how each other sees things.

Mediation may not be a good idea when one party is unwilling to discuss a resolution or when one party has been a victim of the other or cannot have enough bargaining power in the mediation. However mediation can be successful for victims seeking restitution from offenders. A mediator can meet with the parties separately when there has been violence between them.

- **ARBITRATION**

In arbitration, a neutral (the arbitrator) reviews evidence, hears arguments, and makes a decision (award) to resolve the dispute. This is very different from mediation where the mediator helps the parties reach their own resolution. Arbitration normally is more informal and much speedier and less expensive than a lawsuit. Because of the large number of cases awaiting trial in many courts a dispute normally can be heard much more quickly by an arbitrator than by a judge. Often a case that may take a week to try in court can be heard by an arbitrator in a matter of hours because evidence can be submitted by documents (like medical reports and bills and business records), rather than testimony.

There are two kinds of arbitration in California. Private arbitration, by agreement of the parties involved in the dispute, takes place outside of the courts and normally, is binding. In most cases "binding" means that the arbitrator's decision (award) is final and there will not be a trial or an appeal of that decision. By contrast, a decision by an arbitrator in a case referred by the courts, known as "judicial arbitration", is not binding unless parties agree to

## Additional Information

There are several other types of ADR beside mediation, arbitration, and case evaluation. Some of these are conciliation, settlement conferences, fact-finding mini-trials and summary jury trials. Sometimes parties will try a combination of ADR types. The important thing is to try to find the type or types of ADR that are most likely to resolve your dispute.

The selection of a neutral is an important decision. There is no legal requirement that the neutral to be licensed or hold any particular certificate. However, some programs have established qualification requirements for neutrals. You may wish to inquire about the qualifications of any neutral you are considering.

Agreements reached through ADR normally are put in writing by the neutral and, if the parties wish, may become binding contracts that can be enforced by a judge.

You may wish to seek the advice of an attorney as to your legal rights and other matters relating to the dispute.

## Whom Do You Call?

To locate a dispute resolution program or neutral in your community:

- Contact the **California Department of Consumer Affairs, Consumer Information Center, toll free, 1-800-952-5210,** or

- Contact the **local bar association**, or

- Look in the **Yellow Pages** under "Arbitrators" or "Mediators."

There may be a charge for services provided by private arbitrators and mediators.

Accommodations For Persons With Disabilities Using Court Facilities

The Americans with Disabilities Act (ADA) and State law require state and local governmental entities, including the courts, to provide reasonable accommodations for the needs of persons with disabilities. The ADA benefits anyone who is an individual with a disability. The programs and services of the state judicial branch of California are also subject to the civil rights laws adopted by California. Rule of Court, rule 1.100, implements rule 1.100 to implement an ADA in the state court system.

In certain ADA situations, under a court rule, a person is entitled to an accommodation. A person with a disability is a person who has a physical or mental impairment that limits one or more major life activities, has a record of a physical impairment, or is regarded as having such impairment.

It is the individual's responsibility to contact the court to request accommodations that would best suit this individual's situation. The individual may request accommodation by completing the Request for Accommodations by Persons with Disabilities (Judicial Council Form MC-410) or by other means, and provide the information to staff of the individual's involved in that particular case. They must submit a separate request (MC-410 form) for each case. The individual should give the court at least five working days notice whenever possible. The court may grant, modify, or deny the request. This information presented will be kept confidential unless ordered released by a judicial officer or a written waiver of confidentiality is received from the requester.

The court will evaluate all requests to make reasonable modifications to its policies, practices, and procedures when these modifications are necessary to avoid discriminating against a person because of a disability.

Service animals are permitted in court facilities. The ADA defines a service animal as any guide dog, signal dog, or other animal individually trained to provide assistance to an individual with a disability. Service animals may be to all areas of the court where customers are normally allowed.

For instructions, forms, and additional information, please use the links on the right side of this page.

For free tools that allow a person with a visual disability to read documents in Adobe Acrobat PDF format, please visit http://www.adobe.com enterprise/accessibility/main.html. These tools convert PDF documents into either HTML or ASCII text that can then be read by many screen reading programs.

Requesting an accommodation:

Jurors: Please contact the Jury Services Office at 909-387-0244

Others: Please contact the Court's ADA Coordinator at ada_coordinator@courts.sbcounty.ca.gov

Court employees: To request accommodation for yourself, please contact your supervisor or the Court's Personnel Department. For information on assisting court customers with ADA issues, refer to the Court's Intranet.

If you should have any questions or concerns regarding Americans with Disabilities, please contact Sharon Prentiss, Director of Court Administrative Services at (909) 382-3504.

Request an Accommodation Info Sheet
To view this form in Adobe Acrobat

Request for Accommodation Form
To view this form in Adobe Acrobat

Q&A on Rule of Court 1.100

To view this information, go to http://www.courtinfo.ca.gov/programs/access/documents/qa410.pdf

For Additional Information about Accessibility in the California Courts
http://www.courtinfo.ca.gov/programs/access/accessibility.htm
http://www.courtinfo.ca.gov/reference/family/family_selfhelplinks.htm



# EXHIBIT B

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Geoffrey Byruch

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTA DEMANDANDO EL DEMANDANTE):*

John Leufray

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov), o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 o más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

| The name and address of the court is: | CASE NUMBER: |
| *(El nombre y dirección de la corte es)* Superior Court San Bernardino | *(Número del Caso)* |

6527 White Feather Road

Joshua Tree, California 92252

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es)*

John Leufray, 7365 Sherman Hoyt Ave., Twentynine Palms, California 92277

| DATE: 9/19/11 | Clerk, by | , Deputy |
| *(Fecha)* | *(Secretario)* | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010).)*

**NOTICE TO THE PERSON SERVED:** You are served

1. [ ✓ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

    under [ ] CCP 416.10 (corporation)      [ ] CCP 416.60 (minor)
             [ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)
             [ ] CCP 416.40 (association or partnership)   [ ] CCP 416.90 (authorized person)
             [ ] other *(specify):*

4. [ ] by personal delivery on *(date):*

---

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 (Rev. July 1, 2009)

**SUMMONS**

Page 1 of 1

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Virginia A. Phillips and the assigned discovery Magistrate Judge is Carla Woehrle.

The case number on all documents filed with the Court should read as follows:

## EDCV11- 1700 VAP (CWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division** | [ ] **Southern Division** | [X] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

UNITED STAT.   DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☑) | DEFENDANTS |
|---|---|
| John Leufray | Geoffrey Byruch |
| | FILED BY FAX |
| | CRC 2005 |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| John Leufray | Jeremy Sugerman |
| 7365 Sherman Hoyt Ave., | Gordon-Creed, Kelley, Holl & Sugerman, LLP |
| Twenty-Nine Palms, CA 92277   Tel. 305 801 2878 | 222 Kearny Street, Suite 650 |
| | San Francisco, CA 94108   Tel. 415-421-3100 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☑ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding    ☑ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify):    ☐ 6 Multi-District Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☐ Yes ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☐ No    ☑ **MONEY DEMANDED IN COMPLAINT: $** $150,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Diversity; Slander action removed from state court.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☑ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus- Alien Detainee | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | FEDERAL TAX SUITS |
| | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**ED CV 11 - 01700** VAP CWx

FOR OFFICE USE ONLY:    Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

| CV-71 (05/08) | CIVIL COVER SHEET | Page 1 of 2 |
|---|---|---|

OCT 25 2011

UNITED STAT... DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

VIII(a). IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed? ☑No ☐ Yes
If yes, list case number(s): _____

VIII(b). RELATED CASES: Have any cases been previously filed in this court that are related to the present case? ☐ No ☑Yes
If yes, list case number(s): 5:11-cv-01671 MMM-DTB

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply) ☑A. Arise from the same or closely related transactions, happenings, or events; or
☑B. Call for determination of the same or substantially related or similar questions of law and fact; or
☑C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE: (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Bernardino | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | New York, New York |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Bernardino | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date October 24, 2011

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |