UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 11-01700-MMM(CWx) | Date | December 29, 2011 |
|---|---|---|---|

| Title | John Leufray v. Geoffrey Byruch |
|---|---|

| Present: The Honorable | MARGARET M. MORROW | |
|---|---|---|
| ANEL HUERTA | | N/A |
| Deputy Clerk | | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**      **[In Chambers] Court Order Setting Scheduling Conference**

Counsel are hereby notified that a Scheduling Conference has been set for **March 26, 2012 at 9:00 a.m.** before Judge Margaret M. Morrow in Courtroom 780, Roybal Federal Building, 255 East Temple Street, Los Angeles.

Counsel are directed to comply with Rule 26(f) of the Federal Rules of Civil Procedure in a timely fashion and to file a Joint Rule 26(f) Report on or before **March 19, 2012.** The parties' report shall, in addition to addressing the matters specified in Rule 26(f), set forth their views regarding (1) an appropriate last date for the completion of discovery and the hearing of motions, a date for a final pretrial conference and a trial date; (2) whether discovery should be conducted in phases or otherwise ordered or limited; (3) a preliminary estimate of the time required for trial; (4) efforts made to settle or resolve the case to date, and the parties' views as to an appropriate plan for maximizing settlement prospects; (5) whether the case is complex or requires reference to the procedures set forth in the Manual on Complex Litigation; (6) the likelihood of the appearance of additional parties; (7) what motions the parties are likely to make that may be dispositive or partially dispositive; (8) any unusual legal issues presented by the case; and (9) proposals regarding severance, bifurcation or other ordering of proof.

**This case is part of the ADR Program.  Counsel of record must confer and jointly complete the ADR Program Questionnaire, which was provided to plaintiff's counsel at the time of filing.  Counsel is directed to file the Questionnaire concurrently with the Joint Rule 26(f) Report.**

Plaintiff's counsel is directed to give notice of the scheduling conference immediately to each party that makes an initial appearance in the action after this date.

| CV-90 (12/02) | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk RR for AH |
|---|---|---|